# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 31, 2014

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Google, Inc.
           v. Benjamin Joffe, et al.
           No. 13-1181
           (Your No. 11-17483)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on March 27, 2014 and placed on the docket March 31, 2014 as No. 13-1181.

                         Sincerely,

                         **Scott S. Harris**, Clerk

                         by

                         Clayton Higgins
                         Case Analyst